UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.                                        ACTION NO. 4:13cv31

WING BISTRO LLC, and

THE WING SPOT CHICKEN & WAFFLES, INC.,

    Defendants.

## FINAL ORDER

This matter comes before the court on the Plaintiff's Motion for Default Judgment ("Motion") filed on July 23, 2013. On August 12, 2013, this matter was referred to United States Magistrate Judge Tommy E. Miller, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the Motions.

The Report and Recommendation was filed on November 21, 2013. The Magistrate Judge recommended that the Plaintiff's Motion be granted, and that the Plaintiff be awarded $5,000 in statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(I)-(II); $10,000 in additional damages for willful violations pursuant to 47 U.S.C. § 605(e)(3)(C)(ii); and $2120 in attorney's fees and $465.55 in

costs pursuant to 47 U.S.C. § 605(e)(3)(B)(iii). By copy of the Report and Recommendation, the parties were advised of their right to file written objections to the findings and recommendations made by the Magistrate Judge. No objections have been filed by either party, and the time to do so has passed.

The court, having examined the Report and Recommendation does hereby adopt and approve the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed on November 21, 2013. Accordingly, the Plaintiff's Motion for Default Judgment is **GRANTED**. The court **AWARDS** $5,000 in statutory damages, $10,000 in additional damages for willful violations, $2120 in attorney's fees, and $465.55 in costs to the Plaintiff.

The Clerk shall enter judgment for the Plaintiff, and forward a copy of this Final Order to counsel for the Plaintiff and to the Defendants through their registered agents and office set forth on the Clerk's Mailing Certificate, which is on page 17 of the Report and Recommendation filed November 21, 2013.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Chief
United States District Judge
REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

December 18, 2013